

# Court of Appeals
## Sixth Appellate District of Texas

# J U D G M E N T

Leorris Thomas, Appellant

No. 06-15-00095-CV     v.

Bobby Miller and Thyra Miller, Appellees

Appeal from the 5th District Court of Cass County, Texas (Tr. Ct. No. 13-C-313). Opinion delivered by *Justice Carter, Chief Justice Morriss and Justice Moseley, participating. *Sitting by Assignment.

As stated in the Court's opinion of this date, we find there was partial error in the judgment of the court below. Therefore, we modify the trial court's judgment to delete Thyra Miller's name as a judgment creditor. As modified, the judgment of the trial court is affirmed.

We further order that the appellant, Leorris Thomas, pay all costs of this appeal.

RENDERED AUGUST 4, 2016
BY ORDER OF THE COURT
JOSH R. MORRISS, III
CHIEF JUSTICE

ATTEST:
Debra K. Autrey, Clerk